[No. 72341-3-I.   Division One.   September 14, 2015.]

KAY KAYONGO, *Appellant*, v. DV PROPERTIES, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-33439-1, Patrick H. Oishi, J., entered July 10, 2014. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Lau and Leach, JJ.

[No. 45269-3-II.   Division Two.   September 15, 2015.]

FRIENDS OF THE WHITE SALMON RIVER ET AL., *Respondents*, v. KLICKITAT COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-2-02455-7, Barbara D. Johnson, J., entered July 31, 2013. *Dismissed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 45673-7-II.   Division Two.   September 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH IAN DOW, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-00598-3, Marilyn K. Haan, J., entered December 2, 2013. *Reversed* and *remanded* by unpublished opinion per Lee, J., concurred in by Maxa and Sutton, JJ.

[No. 45999-0-II.   Division Two.   September 15, 2015.]

CANNATONICS ET AL., *Appellants*, v. THE CITY OF TACOMA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-07417-1, Vicki L. Hogan, J., entered February 14, 2014. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Melnick, JJ.